■ LAURA L. ROBINSON, as Administratrix of ROBERT P. ROBINSON, Deceased, v. GIRT O'DOM.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL F. AHEARN.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ In the Matter of SHIRLEY RECTOR et al. against JOHN THEOBALD, as Superintendent of Schools, et al.— Motion by the Association for the Preservation of Freedom of Choice, Inc., to file brief *amicus curiæ* denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ In the Matter of BETBY CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT McL. PURDY, Deceased; BETBY CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before March 31, 1960, with notice of argument for April 12, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ In the Matter of FIFTH MADISON CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT McL. PURDY, Deceased; Fifth Madison Corporation et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before March 31, 1960, with notice of argument for April 12, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ In the Matter of THREE FORTY MADISON AVENUE CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT McL. PURDY, Deceased; THREE FORTY MADISON AVENUE CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before March 31, 1960, with notice of argument for April 12, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ In the Matter of HERBERT McLEAN PURDY MANAGEMENT CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT McL. PURDY, Deceased; HERBERT McLEAN PURDY MANAGEMENT CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before March 31, 1960, with notice of argument for April 12, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ MURRAY LEVINE v. IDA HERZFELD et al.— The appeal from order of January 15, 1958 is permitted to be withdrawn, without costs, and the motion to dismiss said appeal is accordingly denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ MURRAY LEVINE v. IDA HERZFELD et al.— Motion to dismiss appeal from order of March 30, 1959 granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ STRAUS-DUPARQUET, INC., v. HELEN DILLMAN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ,